IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KATINA TENORT d/b/a THE BAR OF  )<br>NORTH MEMPHIS, INC., and BELZ  )<br>INVESTCO GP,  )<br>  )<br>   Defendants.  )<br>  ) | No. 14-cv-2055-SHL-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.**  This matter having come before the Court on Plaintiff's Complaint for Declaratory Judgment (ECF No. 1), filed January 24, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with this Court's Order Granting Plaintiff's Motion for Summary Judgment, Issuing Declaratory Judgment and Dismissing Cross-Complaint, filed April 20, 2015 (ECF No. 45), Plaintiff is hereby GRANTED a declaratory judgment that it has no duty to defend or indemnify Katina Tenort or Belz Investco GP in the lawsuit Rodrick Brown filed against them on October 10, 2013, in the Circuit Court of Shelby County for the Thirtieth Judicial District at Memphis, docket number CT-004402-13.  It is further ordered that Defendant Belz's cross-complaint against Ms. Tenort is DISMISSED for lack of jurisdiction.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

April 21, 2015
Date